IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03630-KAS

RAUL GONZALO TUN CHUB,

Petitioner,

v.

JUAN BALTAZAR, Warden Denver Contract Detention Facility,

Respondent.

---

**ORDER TO SHOW CAUSE**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Petitioner's **Application for Writ of Habeas Corpus** (the "Petition") [#1]. Petitioner seeks habeas relief under 28 U.S.C. § 2241 and asserts other bases for relief. On review of the Petition [#1], the Court finds it necessary to issue an order to show cause directing Respondent to show cause why the writ should not be granted.

28 U.S.C. § 2243 provides that Respondent shall file a return to this Order to Show Cause "within three days unless for good cause additional time, not exceeding twenty days, is allowed." Accordingly,

IT IS HEREBY **ORDERED** that Respondent shall show cause **within five days from the date of service** why the Petition [#1] should not be granted.

IT IS FURTHER **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#3-1] is the same as Respondent's deadline to file a Response.

IT IS FURTHER **ORDERED,** pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, Respondent **SHALL NOT REMOVE** Petitioner from the District of Colorado or the United States unless or until this Court or the Tenth Circuit Court of Appeals vacates this Order.

Dated: August 13, 2026